# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

    **vs.**                      **: CIVIL NO: C-1-02-005**
                                        **: JUDGE BECKWITH**
                                        **: MAGISTRATE JUDGE HOGAN**

**DARLENE TAYLOR,**

                **Defendant.**

## PLAINTIFF'S NOTICE TO THE COURT

       The Plaintiff, United States of America, respectfully reports to the Court as follows:

On January 4, 2005 an Order For Judgment Debtor Examination directing the Defendant to appear before the Court on February 17, 2005 was mailed by first class mail.  Plaintiff has received the financial documentation requested and will not schedule the Defendant for a Show Cause Hearing before this Court.

                              Respectfully submitted,

                              GREGORY G. LOCKHART
                              United States Attorney

                              s/Deborah F. Sanders
                              DEBORAH F. SANDERS (0043575)
                              Assistant United States Attorney
                              Attorney for Plaintiff
                              303 Marconi Boulevard, Suite 200
                              Columbus, Ohio 43215
                              (614) 469-5715
                              Fax: (614) 469-5240
                              Deborah.Sanders @usdoj.gov

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true copy of the above and foregoing Plaintiff's Notice To The Court was filed using the CM/ECF system and mailed this 22nd day of March, 2005, to Darlene Taylor, 424 Dayton Street, #2, Cincinnati, OH 45214 by first class, postage paid mail.

<u>s/Deborah F. Sanders</u>
DEBORAH F. SANDERS (0043575)
Assistant United States Attorney